No. 11–6049. RUSH *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–6056. WHEELER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–6061. CORTES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–6065. CLINTON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–6080. SCOTT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–6087. UNDERWOOD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–6092. MCCLAIN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–6093. OCAMPO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–6097. BYRD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–6103. LOPEZ-ATANACIO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–1064. FARINA *v.* NOKIA, INC., ET AL. C. A. 3d Cir. Certiorari denied. THE CHIEF JUSTICE and JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 10–1221. HOLLAND ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–1244. CONWAY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY *v.* LANGSTON. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 10–1290. PUBLIC LANDS COUNCIL *v.* WESTERN WATERSHEDS PROJECT ET AL. C. A. 9th Cir. Certiorari denied. JUS-